Mark D. Marrello (CA State Bar No. 273569)
Mark@ImperiumPW.com
T. Lester Wallace (CA State Bar No. 159967)
Lester@ImperiumPW.com
IMPERIUM PATENT WORKS LLP
315 Ray Street
Pleasanton, California 94566
Telephone:   (925) 331-8099
Facsimile:   (925) 835-5804

*Attorneys for Plaintiff*
**HVAC Technology LLC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HVAC Technology LLC, | Case No. _____ |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| Southland Industries, Inc., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff HVAC Technology LLC ("HVAC Tech") brings this action for patent infringement against Defendant, Southland Industries, Inc. a/k/a "Southland Industries" ("Southland" or "Defendant"). In this complaint, HVAC Tech alleges as follows:

## NATURE OF ACTION

1.     This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§1, *et seq*.

**THE PARTIES**

2.     Plaintiff, HVAC Technology, LLC ("HVAC Tech"), is a corporation organized and existing under the laws of the State of California, having a principal place of business located at 196 Barnard Avenue, San Jose, California 95125.

3. HVAC Tech is a small corporation, and has no employees.   HVAC Tech was formed in 2015 to serve as a legal vehicle to assert the patents and intellectual property of an individual, John Karamanos, against infringers.

4. Defendant, Southland Industries, Inc., is a corporation organized and existing under the laws of the State of California.  Defendant has a principal place of business located at 7390 Lincoln Way, Garden Grove, California 92841.  Defendant also maintains a facility located at 33225 Western Avenue, Union City, California 94587, California.

5. Defendant is a large corporation as compared to HVAC Tech.  Defendant has annual revenues in the hundreds of millions of dollars, and does business throughout the United States.

6. On information and belief, Defendant is engaged in business as a contractor or sub-contractor performing mechanical and plumbing work.  In its role as contractor or sub-contractor, Defendant is in the business of planning, engineering, fabricating, and/or installing various systems into large commercial buildings such as the building's plumbing system, HVAC (Heating, Ventilation and Air Conditioning) system, fire protection system, process piping system, and/or automation system.  Defendant designs modular units.  Defendant then manufactures the modular units at a pre-fabrication facility.  In some cases, a pre-fabricated modular unit includes an HVAC subpart referred to here as a "pre-piped VAV (Variable Air Volume) terminal unit".  A pre-piped VAV terminal unit (also called a pre-piped VAV box) typically includes a thermal coil or radiator, an automatic water valve for controlling water flow through the coil or radiator, an air flow controller or air damper, an air flow sensor, and a plenum or duct, where these components are pre-assembled so that water pipes extend to and from the thermal coil and are secured to the plenum or duct and to the

COMPLAINT FOR PATENT INFRINGEMENT
AND JURY DEMAND                           2

overall assembly.  One or more such pre-piped VAV terminal units may then be incorporated into a pre-fabricated modular unit.  The pre-fabricated modular units are then shipped to a building construction site, and are installed into the building so that the modular units connect together, thereby forming the overall plumbing, fire protection, HVAC system, process piping and/or automation systems of the building.  In other cases, pre-piped VAV terminal units are manufactured by Defendant at a pre-fabrication facility, and are then shipped by Defendant to a building site, and are then installed at the building site by Defendant into the building.

7.  On information and belief, Defendant has numerous pre-fabrication facilities spread across the country.  One of these pre-fabrication facilities is located in Union City, California, in the Northern District of California.

## JURISDICTION AND VENUE

8.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. §271.

9.  This Court has personal jurisdiction over Defendant in that Defendant conducts business in the State of California and has infringed, has contributed to the infringement of, and has actively induced others to infringe, continues to infringe, continues to contribute to the infringement of, and/or continues to actively induce others to infringe the HVAC Tech patents as alleged below.  Defendant has engaged in infringing methods, and has designed, manufactured, assembled, loaded, transported, made, used, offered for sale, and/or sold infringing pre-piped VAV terminal units in this district.

10.  Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and 1391(c) because, among other reasons, Defendant does business in the Northern District of California, and because a substantial part of the events giving rise to HVAC Tech's infringement claims occurred in the Northern District of California, including acts of infringement and including meetings between John Karamanos and the Defendant, and because infringing pre-piped

COMPLAINT FOR PATENT INFRINGEMENT
AND JURY DEMAND                    3

VAV terminal units that are a subject of this legal action are currently situated in the Northern District of California, and because the Defendant resides in the Northern District of California for purposes of venue per 28 U.S.C. §1391, and because Plaintiff's principal place of business is in the Northern District of California, and because the Defendant is subject to personal jurisdiction in the Northern District of California.

## INTRADISTRICT ASSIGNMENT

11.    In accordance with Civil L.R. 3-2(c), this Intellectual Property Action is subject to district-wide assignment.

## INFRINGEMENT OF U.S. PATENT NO. 7,478,761

12.    U.S. Patent Number 7,478,761 ("the '761 patent") issued on January 20, 2009. A copy of the '761 patent is attached hereto as Exhibit 1.

13.  HVAC Tech owns the '761 patent.

14.  Defendant has infringed, and on information and belief continues to infringe, the '761 patent.

15.  On information and belief, Defendant has contributed to and continues to contribute to the infringement of the '761 patent by others, and has induced and continues to induce the infringement of the '761 patent by others.

## INFRINGEMENT OF U.S. PATENT NO. 7,444,731

16.    U.S. Patent Number 7,444,731 ("the '731 patent") issued on November 4, 2008. A copy of the '731 patent is attached hereto as Exhibit 2.

17.  HVAC Tech owns the '731 patent.

18.  Defendant has infringed, and on information and belief continues to infringe, the '731 patent.

*//*

*//*

COMPLAINT FOR PATENT INFRINGEMENT
AND JURY DEMAND                                         4

//

## FACTUAL BACKGROUND

19.    A married couple, John Karamanos and Stella Karamanos, own and operate a small family-owned manufacturing company called HVAC Manufacturing, Inc. ("HVAC Manufacturing").  John Karamanos is the President.  Stella Karamanos is the Chief Executive Officer and the Chief Financial Officer.  HVAC Manufacturing has a principal place of business in San Jose, California.

20.  HVAC Manufacturing is a small company as compared to the much larger Defendant ("Southland Industries, Inc.").

21.  John Karamanos is an inventor and engineer.  John Karamanos has made several inventions related to HVAC equipment and pre-piped VAV terminal units.

22.  On March 6, 2002, John Karamanos and Charles Viso filed U.S. Patent Application serial number 10/092,933, entitled "Self-Contained Ventilation Flow Control System".  The 10/092,933 patent application was granted by the United States Patent Office.  The 10/092,933 patent application issued on January 20, 2009 as U.S. Patent Number 7,478,761 ("the '761 patent").

23.  On September 17, 2003, John Karamanos filed U.S. Patent Application serial number 10/667,117, and then later filed continuation-in-part U.S. Patent Application serial number 11/567,301, entitled "Method For Transporting A Piping Structure" claiming priority back to the 10/667,117 patent application.  The 11/567,301 patent application was granted by the United States Patent Office.  The 11/567,301 patent application issued on November 4, 2008 as U.S. Patent Number 7,444,731 ("the '731 patent").

24.  HVAC Manufacturing has manufactured and sold, and continues to manufacture and sell, pre-piped VAV terminal units covered by the '731 and '761 patents.  Pre-piped VAV terminal units made by HVAC Manufacturing have been marked with the patent numbers of the '761 patent and the '731 patent.

25.  In the 2005 timeframe, two employees of Defendant, Bob Brumett and Rick

Blazier, visited the manufacturing facility of HVAC Manufacturing in San Jose, California. At the time, Mr. Brumett was a Senior Vice President of Defendant.  Mr. Brumett was Mr. Blazier's boss.  Mr. Blazier was Defendant's division manager for Defendant's Northern California Division.

26.   While Mr. Blazier and Mr. Brumett were at HVAC Manufacturing's facility in Northern California, Mr. Blazier and Mr. Brumett saw pre-piped VAV terminal units on the manufacturing line.  While Mr. Blazier and Mr. Brumett were at HVAC Manufacturing's facility, Mr. Blazier and Mr. Brumett also talked with John Karamanos and discussed John Karamanos's invention of pre-piped VAV terminal units.  John Karamanos informed Mr. Blazier and Mr. Brumett that he, John Karamanos, was the inventor of the pre-piped VAV terminal unit and that he, John Karamanos, had several pending patent applications on file in the U.S. Patent Office on the pre-piped VAV terminal unit.

27.   In early 2006, Mr. Brumett asked John Karamanos for a price quote for HVAC Manufacturing's supplying of Defendant with 2500 to 5000 pre-piped VAV terminal units per year.

28.   Defendant made two small purchases of pre-piped VAV terminals units from HVAC Manufacturing through Defendant's office in Colorado, but Defendant did not make the larger purchases of thousands of units that Mr. Brumett and Mr. Karamanos had conferred about.  Rather than placing an order from HVAC Manufacturing for a substantial number of units, Mr. Brumett expressed a hesitancy to purchase from HVAC Manufacturing because HVAC Manufacturing did not employ unionized pipefitter labor in the construction of its pre-piped VAV terminal units.

29.   In the 2006 timeframe, HVAC Manufacturing manufactured pre-piped VAV terminal units and sold those units to Siemens.  Siemens in turn resold the pre-piped VAV terminal units under the Siemens name.  In late 2006 and early 2007, HVAC Manufacturing signed an agreement with the pipefitters union and became a unionized shop.

30.   In the 2008 timeframe, Defendant was engaged as a contractor in the building of a building project in Las Vegas, Nevada.  The building project is referred to here as the

MGM City Center.  Defendant purchased pre-piped VAV terminal units from Siemens, and then installed those Siemens units in the MGM City Center.  By purchasing the Siemens units, Defendant was indirectly purchasing pre-piped VAV terminal units made by HVAC Manufacturing.  Defendant was aware that the pre-piped VAV terminal units were originally made by HVAC Manufacturing.

31.  In October 2011, John Karamanos for the first time obtained definitive proof that Defendant had made and transported pre-piped VAV terminal units and had therefore infringed the '761 and '731 patents.  This definite proof came in the form of a High Tech Talks webinar series video.  In the video of the webinar, a Senior Vice President of Southland Industries, Peter Pobjoy, shows and explains how Defendant made pre-piped VAV terminal units at a local pre-fabrication facility, and then transported those pre-piped VAV terminal units to a building under construction, and then installed those pre-piped VAV terminal units in the building.  The building under construction was the Cardiovascular Research Building at the University of San Francisco, at the UCSF Mission Bay Campus, in San Francisco California.  The video includes a still photo of several infringing pre-piped VAV terminal units loaded to a transporting device.  On information and belief, the photo of the pre-piped VAV terminal units was taken at one of Defendant's pre-fabrication facilities located in the San Francisco Bay Area.  The making of the pre-piped VAV terminal units infringed the '761 patent.  The transporting of the pre-piped VAV terminal units infringed the '731 patent.

32.  In February 2013, Mr. Blazier set up a meeting to be held at Defendant's facility in Garden Grove, California.  John Karamanos attended the meeting as did Chris Taylor and other personnel of Defendant.  At the meeting, John Karamanos was informed by personnel of Defendant that Defendant was making pre-piped VAV terminal units.  Defendant indicated to John Karamanos that if HVAC Manufacturing could make the pre-piped VAV terminal unit product for less than Defendant could, that Defendant would consider buying from HVAC Manufacturing but that if HVAC Manufacturing was not a union shop, then Defendant would not buy from HVAC Manufacturing.

COMPLAINT FOR PATENT INFRINGEMENT
AND JURY DEMAND                                    7

33.  Then later in May 2013, John Karamanos attended another meeting with Defendant at Defendant's Union City, CA facility.  As the May 2013 meeting, John Karamanos made a presentation to Defendant personnel, including Mr. Blazier and Mark Napier, about how HVAC Manufacturing could supply pre-piped VAV terminal units to Defendant.

34.  At or around the time of the February 2013 and May 2013 meetings, multiple employees of Defendant, including Rick Blazier, Chris Taylor and Mark Napier, told John Karamanos that making pre-piped VAV terminal units was the standard way that Defendant was incorporating VAV terminal units into its products and providing VAV terminal units to its customers.

35.  HVAC Manufacturing at the time of the February 2013 and May 2013 meetings was a union shop and was ready, willing, and able to sell pre-piped VAV terminal units to Defendant, but to John Karamanos's disappointment Defendant did not place an order to purchase pre-piped VAV terminal units from HVAC Manufacturing.

36.  On information and belief, after the February 2013 and May 2013 meetings, Defendant continued to manufacture, transport and install pre-piped VAV terminal units covered by the '761 and '731 patents.

37.  Defendant's actions of making pre-piped VAV terminal units and transporting those pre-piped VAV terminal units in violation of the '761 and '731 patents were deliberate and willful, and were taken with knowledge of John Karamanos's patent rights, and were taken with conscious and reckless disregard for John Karamanos's patent rights.

38.  In 2015, HVAC Tech was formed to serve as a legal vehicle to assert the '761 and '731 patents against Defendant in order to seek reasonable compensation from Defendant for Defendant's unauthorized use of John Karamanos's patented technology.  John Karamanos assigned all of his right, title and interest in the '761 patent and in the '731 patent to HVAC Tech, including the right to sue for and collect money and/or license fees for past infringement of the '761 patent and the '731 patent.  All of Charles Viso's original right, title

and interest in the '761 patent had previously been assigned to Therma Corporation, Inc. ("Therma"), so Therma in turn assigned all of its right, title and interest in the '761 patent to HVAC Tech, including the right to sue for and collect money and/or license fees for past infringement of the '761 patent.  As a result of these assignments, all right, title and interest in both the '761 patent and the '731 patent now rests in HVAC Tech, and HVAC Tech has the right to sue infringers for damages due to past and present infringement of the '761 patent and the '731 patent, including the right to sue Defendant for damages sustained by HVAC Manufacturing and Therma due to any and all past infringement by Defendant of the '761 patent, and including the right to sue Defendant for damages sustained by HVAC Manufacturing due to any and all past infringement of the '731 patent.

39.  HVAC Manufacturing retains a non-exclusive license to the '761 patent and to the '731 patent.  HVAC Manufacturing continues to make and sell pre-piped VAV terminal units covered by the '761 and '731 patents.

40.  Defendant was and continues to be an active competitor of HVAC Manufacturing in the pre-piped VAV terminal unit market.  HVAC Manufacturing should have received profit for each infringing unit that Defendant made because HVAC Manufacturing would have preferred to, and was ready, willing, and able to, make the pre-piped VAV terminal units and sell them to Defendant.  But rather than HVAC Manufacturing getting this manufacturing business and collecting the per-unit profit, Defendant took that business away from HVAC Manufacturing by virtue of Defendant's infringement.

41.  HVAC Manufacturing continues to want to sell high volumes of its patented pre-piped VAV terminal units to Defendant.

//

//

//

//

//

//

COMPLAINT FOR PATENT INFRINGEMENT
AND JURY DEMAND

9

1

**COUNT ONE**

2

(Patent Infringement of U.S. Patent No. 7,478,761
Under 35 U.S.C. §271, *et seq.*)

3

4      42.    HVAC Tech hereby restates and realleges the allegations set forth in paragraphs

5    1 through 41 above and incorporates them by reference.

6      43.    Defendant has infringed U.S. Patent Number 7,478,761 ("the '761 patent") and

7    on information and belief continues to infringe the '761 patent.

8      44.    On information and belief, Defendant's infringement of the '761 patent has been

9    willful and deliberate, entitling HVAC Tech to increased damages under 35 U.S.C. §284 and

10   to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. §285.

11     45.    Defendant will continue to infringe the claims of the '761 patent, continue to

12   contribute to the infringement of claims of the '761 patent, and continue to induce the

13   infringement of claims of the '761 patent unless enjoined by this Court.

14

15

**COUNT TWO**

16

(Patent Infringement of U.S. Patent No. 7,444,731
Under 35 U.S.C. §271, *et seq.*)

17

18     46.    HVAC Tech hereby restates and realleges the allegations set forth in paragraphs

19   1 through 45 above and incorporates them by reference.

20     47.    Defendant has infringed U.S. Patent Number 7,444,731 ("the '731 patent") and

21   on information and belief continues to infringe the '731 patent.

22     48.    On information and belief, Defendant's infringement of the '731 patent has been

23   willful and deliberate, entitling HVAC Tech to increased damages under 35 U.S.C. §284 and

24   to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. §285.

25     49.    Defendant will continue to infringe the claims of the '731 patent unless enjoined

26   by this Court.

27   //

28   //

COMPLAINT FOR PATENT INFRINGEMENT
AND JURY DEMAND                                    10

**PRAYER FOR RELIEF**

**WHEREFORE**, HVAC Tech respectfully requests the following relief:

      A.    A judgment that the '731 and '761 patents have been and continue to be infringed by Defendant;

      B.    An accounting of all damages sustained by HVAC Tech as a result of Defendant's acts of infringement;

      C.    An award to HVAC Tech for damages together with prejudgment interest, in an amount to be proven at trial;

      D.    An award to HVAC Tech of enhanced damages pursuant to 35 U.S.C. §284;

      E.    An award to HVAC Tech for HVAC Tech's attorneys' fees pursuant to 35 U.S.C. §285 or as otherwise permitted by law;

      F.    An award to HVAC Tech for HVAC Tech's costs of suit;

      G.    A grant of a permanent injunction enjoining Defendant, and each of its agents, and those persons acting in concert with Defendant, including related entities, from further acts of (1) infringement, (2) contributory infringement, and (3) active inducement to infringe with respect to claims of the '731 and '761 patents; and

      H.    For such other and further relief as the Court deems just, reasonable and proper.

//

//

Dated:  June 24, 2015             IMPERIUM PATENT WORKS LLP


                           By:      /s/ Mark D. Marrello
                                  Mark D. Marrello

                           Mark D. Marrello (Bar No. 273569)
                           T. Lester Wallace (Bar No. 159967)
                           IMPERIUM PATENT WORKS LLP
                           315 Ray Street
                           Pleasanton, CA 94566
                           Telephone:  (925) 331-8099

                           *Attorneys for Plaintiff*
                           HVAC Technology LLC

## DEMAND FOR JURY TRIAL

Plaintiff HVAC Technology LLC hereby demands a trial by jury as to all issues and causes of action so triable herein, pursuant to Federal Rule of Civil Procedure 38.

Dated: June 24, 2015                    IMPERIUM PATENT WORKS LLP


By:     /s/ Mark D. Marrello
            Mark D. Marrello

Mark D. Marrello (Bar No. 273569)
T. Lester Wallace (Bar No. 159967)
IMPERIUM PATENT WORKS LLP
315 Ray Street
Pleasanton, CA 94566
Telephone:  (925) 331-8099

*Attorneys for Plaintiff*
HVAC Technology LLC

.

EXHIBIT 1

Case 4:15-cv-02934-KAW Document [barcode] Filed [barcode] Page [barcode]

US007478761B2

(12) **United States Patent**
Karamanos et al.

(10) Patent No.: **US 7,478,761 B2**
(45) Date of Patent: **Jan. 20, 2009**

(54) **SELF-CONTAINED VENTILATION FLOW CONTROL SYSTEM**

(76) Inventors: **John C. Karamanos**, 1931 Patio Dr., San Jose, CA (US) 95125; **Charles J. Viso**, 507 Porter La., San Jose, CA (US) 95127-2510

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 252 days.

(21) Appl. No.: **10/092,933**

(22) Filed: **Mar. 6, 2002**

(65) **Prior Publication Data**

US 2003/0171092 A1      Sep. 11, 2003

(51) **Int. Cl.**
*F24F 7/00*      (2006.01)
*F24F 11/00*      (2006.01)

(52) **U.S. Cl.** ...................... **236/49.3**; 454/239; 454/258; 165/217

(58) **Field of Classification Search** ............... 236/49.3, 236/49, 3; 454/238, 239, 255, 256, 258; 165/217
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,653,590 A | * | 4/1972 | Elsea | 236/49.3 |
| 4,459,819 A | * | 7/1984 | Hargraves | 62/225 |
| 5,005,636 A | * | 4/1991 | Haessig | |
| 5,168,894 A | * | 12/1992 | Desmarais | 137/486 |
| 6,227,961 B1 | * | 5/2001 | Moore et al. | 454/229 |
| 6,357,243 B1 | * | 3/2002 | Efron et al. | 62/171 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 4-363695 | * | 12/1992 | 376/283 |

* cited by examiner

*Primary Examiner*—Marc E Norman
(74) *Attorney, Agent, or Firm*—Larry E. Henneman, Jr.; Henneman & Assoc., PLC

(57) **ABSTRACT**

A preassembled flow control unit includes a plenum, a flow controller mounted to the plenum, and a flow control sensor mounted to the plenum. An isolation valve selectively blocks the flow of air between the plenum and the flow controller. An optional thermal coil is also mounted to the plenum to control the temperature of air flowing therethrough. In a particular embodiment, the thermal coil is mounted to an open end of the plenum opposite the flow controller, and the fluid lines serving the thermal coil are also mounted to the plenum, with an automatic valve in at least one of the fluid lines. An optional protective bracket protects the automatic valve from incidental damage during transportation an installation of the flow control unit. An electrical disconnect and a power converter are also mounted on the plenum. The power converter receives electrical power from the disconnect, converts a first voltage from the disconnect to a second lower voltage, and provides the second voltage to the flow controller and/or the automatic valve. Preassembly of the flow control unit facilitates pretesting and/or precertification of the flow control unit, and provides for easier installation.

**51 Claims, 4 Drawing Sheets**





FIG. 1



FIG. 2

FIG. 3



FIG. 4





FIG. 5



FIG. 6

US 7,478,761 B2

**1**

## SELF-CONTAINED VENTILATION FLOW CONTROL SYSTEM

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to ventilation systems and methods, and more particularly to self-contained heating, ventilation, and air conditioning (HVAC) control systems. Even more particularly, the invention relates to HVAC flow control systems which are suitable for prefabrication and installation as a unit.

2. Description of the Background Art

In many circumstances it is desirable to maintain a positive pressure in a room or work area, relative to adjoining rooms, hallways, etc. For example, a positive pressure inside a hospital operating room prevents airborne contaminants from entering the room when doors are opened. The positive pressure inside the room causes air to flow out of instead of in through open doors. Similarly, a positive pressure inside a room ensures that unwanted fumes flow efficiently out through exhaust vents (e.g., vent hoods, isolation cabinets, etc.), rather than backing up into the room.

Flow controllers are known that control the flow rate of air through a vent. Such flow controllers are typically installed as part of an HVAC system. Construction workers on site mount the controllers in air ducts of the HVAC system. The installation is labor intensive, and therefore very expensive.

In some circumstances, it is also desirable to be able to isolate a room or an area from the ventilation system of the rest of a structure. For example, isolation of a particular room can prevent a toxic release (e.g., a gas leak) from contaminating other areas. In the case of certain toxic gasses, effective isolation can mean the difference between life and death for workers in adjoining areas. As another example, isolation of a section of an HVAC system facilitates decontamination of the isolated section, without contaminating or shutting down the entire HVAC system. Known flow controllers are unsuitable for isolation applications, because their leakage ratings are typically greater than or equal to eight percent.

Further, in certain critical applications it is desirable to pretest and/or precertify components of a system prior to shipping and installation. Components of an HVAC system that are separately installed on site cannot be pretested and/or precertified as a unit. If the components do not meet predetermined criteria after installation, the components must be torn out and substitute components installed. Such rebuilds are also very labor intensive and expensive.

Another problem with precertifying components before they are installed is that the function of a component can depend on other components and installation specifics. For example, flow sensors can give different readings depending on the amount of turbulence in the flowing air. Thus, readings provided by sensors can depend on whether the sensor is disposed in a straight section of duct or adjacent to a bent section of duct. As another example, air flow rate through a flow controller can depend on other components (e.g., heating coils) in the path of the air flow.

What is needed, therefore, is a flow control system for controlling the flow of air into a confined space. What is also needed is a ventilation flow control system that can effectively isolate sections of an HVAC system. What is also needed is a flow control system that can be tested and/or certified prior to installation. What is also needed is a method of installing a flow control system that is less labor intensive than current methods, and lends itself to preinstallation testing and/or certification of the components.

**2**

### SUMMARY

The present invention overcomes the problems associated with the prior art by providing a self-contained ventilation flow control unit. The invention facilitates pretesting and/or precertification of the flow control unit, and installation of the flow control unit as a single component.

The flow control unit includes a plenum, a flow controller mounted to the plenum, and a flow control sensor mounted to the plenum. In a particular embodiment, the sensor is mounted in a duct section between the plenum and the flow controller. An isolation valve selectively blocks the flow of air between the plenum and the flow controller. In a particular embodiment, the isolation valve is a fixed blade damper with less than one percent leakage.

A thermal coil is mounted to the plenum to control the temperature of air flowing therethrough. In a particular embodiment, the thermal coil is mounted to an open end of the plenum opposite the flow controller. The fluid lines serving the thermal coil are also mounted to the plenum, with an automatic valve in at least one of the fluid lines. An optional protective bracket protects the automatic valve from incidental damage during transportation and installation of the flow control unit. The bracket includes a base with an opening to facilitate the passage of a valve stem therethrough. A pair of risers extend upward from opposite edges of the base to protect the automatic valve positioned therebetween.

An electrical disconnect and a power converter are also mounted on the plenum. The power converter receives electrical power from the disconnect, converts a first voltage from the disconnect to a second lower voltage, and provides the second voltage to the flow controller and/or the automatic valve. In a particular embodiment, the converter is a transformer that converts 110 VAC to 24 VAC.

A ventilation flow control system includes a plurality of the flow control units and a master control unit. The flow control units each include a duct, a flow controller mounted to the duct, and a sensor mounted to the duct. A first one of the flow control units monitors and controls the flow of air into a room. A second one of the flow control units monitors and controls air flow out of the room. The master control unit coordinates and controls the individual flow control units. Optionally, the first flow control unit includes a thermal coil for heating and/or cooling the air flowing into the room.

A method of installing a ventilation flow control unit is also described. The method includes the steps of preassembling the flow control unit, and installing the flow control unit in a ventilation system. In a particular method, the step of preassembling the flow control unit includes mounting a flow controller to a duct and mounting a flow sensor to the duct. In a more particular method, the step of assembling the flow control unit includes mounting an isolation valve to said duct. In another more particular method, the step of assembling the flow control unit includes mounting a thermal coil to the duct. In yet a more particular method, the step of assembling the flow control unit includes mounting at least one of the fluid supply lines of the thermal coil to the duct. In another particular method, an automatic valve is provided in one of the fluid supply lines, and is protected by a bracket to prevent damage during transportation and installation. In another more particular method, the step of assembling the flow control unit includes mounting an electrical disconnect and/or a power converter to the duct.

Assembly of the flow control unit prior to installation facilitates pretesting and/or precertification of the unit as whole. Preassembly of the unit also provides a significant reduction in the amount of time and effort required to install

**3**

the flow control unit. Also, preassembly facilitates discovery of defects in the unit as a whole prior to transportation and installation.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is described with reference to the following drawings, wherein like reference numbers denote substantially similar elements:

FIG. **1** is a block diagram of a ventilation flow control system including multiple flow control units according to one embodiment of the present invention;

FIG. **2** is a diagrammatic representation of flow control unit of FIG. **1**;

FIG. **3** is an in-line view of a flow straightener of the flow control unit of FIG. **2**;

FIG. **4** is an in-line view of a flow sensor of the flow control unit of FIG. **2**;

FIG. **5** is an in-line view of a thermal coil of the flow control unit of FIG. **2**; and

FIG. **6** is a perspective view of a protection bracket shown in FIG. **2**.

### DETAILED DESCRIPTION

The present invention overcomes the problems associated with the prior art, by providing a ventilation flow control system, that includes flow control units that can be tested and/or certified prior to installation, and can be efficiently installed as single units. In the following description, numerous specific details are set forth (e.g., particular sensor type, particular flow controller type, etc.) in order to provide a thorough understanding of the invention. Those skilled in the art will recognize, however, that the invention may be practiced apart from these specific details. In other instances, details of well known HVAC design and construction practices (e.g., installation, electronic control, etc.) and components have been omitted, so as not to unnecessarily obscure the present invention.

FIG. **1** shows a ventilation flow control system **100** to include a supply flow control unit **102**, a return flow control unit **104**, an exhaust flow control unit **106**, a master controller **108**, one or more sensors **110**, and a user interface **112**. System **100** controls the flow of air into and out of a controlled environment **114** (e.g., a room, laboratory, work area, etc.). Arrows **116** illustrate air flow.

Supply flow control unit **102** is disposed in an air supply duct of the building's HVAC system (only ends of ducts shown), and controls the flow of fresh air into room **114**. Similarly, return flow control unit **104** is disposed in a return duct, and controls the flow of air out of room **114** back to the HVAC system. Exhaust flow control unit **106** is disposed in an exhaust system (e.g., a fume hood), and controls the flow of air out of room **114** through the exhaust system.

Master controller **108** receives signals from each of flow control units **102**, **104**, and **106** indicating the actual amount of air flowing through the respective control units. Master controller **108** also receives signals from sensor(s) **110** (e.g., temperature sensor, pressure sensor, etc.). Master controller **108** then uses the signals received from control units **102**, **104**, and **106**, and/or the signals received from sensors **110** to generate control signals for control units **102**, **104**, and **106**.

A positive pressure is maintained by allowing more air to flow into room **114** than is flowing out. As long as the amount of air flowing in through supply flow control unit **102** is greater than the sum of the air flowing out through return flow control unit **104**, out through exhaust flow control unit **106**,

**4**

and out through leakage (e.g., under doors, through cracks, etc.), a positive pressure will be maintained in room **114**. It is important to note that flow control units **102**, **104**, and **106** actually measure the flow of air, and do not merely rely on position of dampers or the like.

Ventilation flow control system can also detect and accommodate changes in the status of room **114**. For example, the brief opening of a door (not shown) would allow air to escape from room **114** in excess of the normal leakage amount. This change can be detected by sensor(s) **110** indicating a decrease in pressure. Alternatively, the change can be detected by the decreased flow of air out through return system **104** and/or exhaust system **106**. The change can be accommodated by master controller **108** sending control signals to supply unit **102** to increase the amount of air flowing into room **114**, and/or sending control signals to return unit **104** to decrease the flow of air out of room **114**. When master controller detects that room **114** has returned to its normal state (i.e., the door is shut), master controller sends control signals to return control units **102**, **104**, and **106** to their normal flow rates.

As another example, positive pressure can be maintained in room **114**, even when the exhaust system is in operation. Master controller **108** causes supply unit **102** to increase the flow of air into room **114**, and causes return unit **104** to greatly reduce the amount of air flowing out of room **114** through the return duct, thereby increasing the pressure in room **114**. Master controller **108** then sets the rate of flow out through the exhaust unit **106** at a point slightly lower than the flow in through supply unit **102**, to achieve effective exhaust while maintaining a positive pressure in room **114**.

It is anticipated that master controller **108** will be embodied in a personal computer, and user interface **112** will include a display, keyboard, pointing device, etc. It is also anticipated that master controller **108** will control additional flow control units disposed in additional rooms. However, it should be understood that master controller **108**, user interface **112**, and sensor(s) **110** could be embodied in dedicated controller with a display and keypad, similar to a programmable thermostat.

FIG. **2** is a diagrammatic representation showing supply flow control unit **102** in greater detail to include a thermal coil **202**, a plenum **204**, an isolation valve **206**, a flow straightener **208**, a flow sensor **210**, a flow controller **212**, an electro-mechanical controller **214**, a switch box **216**, and a power converter **218**. Lines **220** illustrate the flow of air through supply flow control device **102**. Return flow control device **104** (FIG. **1**) and exhaust flow control device **106** (FIG. **1**) are similar to supply flow control device **102**, except that they do not include a thermal coil.

In this embodiment, thermal coil **202** is a radiator that transfers heat to/from air passing through flow control unit **102**. Responsive to a temperature control signal (from master controller **108** or some other control device), an automatic valve **222** selectively allows a heating or cooling fluid to flow through thermal coil **202**. Valve **222** is mounted in one of a pair of fluid lines **224** (one supply and one return) of thermal coil **202**. Fluid lines **224** are mounted to plenum **202** by one or more brackets (not shown). A protective bracket **226** protects automatic valve **222** from damage during transportation and installation of control unit **102**.

In this particular embodiment, plenum **204** is a terminal box (i.e., a box with one open side), and thermal coil **202** is fixed to the open end of plenum **204** by an edge flange **228**. It should be understood, however, that the term "plenum", as used herein, shall be interpreted broadly to include any duct portion or the like capable of providing a means for mounting together the various components of flow control unit **102**. The joint between thermal coil **202** and plenum **204** is sealed with

sealing compound (e.g., silicone) to prevent air leakage. Plenum **204** also includes an insulation layer **230** to prevent thermal losses and reduce noise.

Isolation valve **206** is mounted in a hole cut into plenum **204** opposite thermal coil **202**. Isolation valve **206** includes a blade **232** mounted to a shaft **234**. An end of shaft **232** extends through a wall of plenum **204**, and has a handle (not shown) mounted thereto to facilitate the manual opening and closing of isolation valve **206**. Alternatively, an automatic actuator can be mounted to shaft **234** to facilitate automatic control of isolation valve **206**.

It might at first appear redundant to provide isolation valve **206** in a unit with flow controller **212**. However, isolation valve **206** has a leakage rating of between 0.1 percent to 4.0 percent (preferably no more than one percent), whereas flow controllers such as flow controller **212** typically have a leakage rating of eight percent or greater. Thus, isolation valve **206** in combination with flow controller **212** provides far more effective isolation between portions of an HVAC system, than would flow controller **212** alone. Effective isolation provides an important advantage in containing accidental discharges and/or during decontamination procedures.

Flow straightener **208** and sensor **210** are mounted in a portion of the duct of isolation valve **206**. Sensor **210** generates a signal indicative of the flow rate of air past sensor **210**, and provides the signal to control unit **214**. In this particular embodiment, sensor **210** is a FLOWSTAR® sensor by Enviro-Tec, Inc. of Largo, Fla. Flow straightener **208** reduces the amount of turbulence in the air flowing past sensor **210**, resulting in a more accurate flow rate measurement. Turbulence is also reduced by the straight-through configuration of flow control device **102**.

Flow controller **212** includes a plug **236** adapted to selectively occlude a narrowed section **238** of the duct of flow controller **212**. Plug **236** is mounted on a shaft **238** that is held in a centered position by a bracket **240**, while being allowed to move along an axis passing through narrowed portion **238**. Responsive to the flow rate signal from sensor **210**, and a predetermined set point (provided by master controller **108** or preset by a user), control unit **214**, via linkage arms **242**, moves plug **236** to increase or decrease the air flow through flow controller **212**. In this particular embodiment, flow controller **212** is a TCX-865 controller available from Andover Controls of Andover, Mass.

Switch box **216** is mounted to plenum **204**, and houses a convenient electrical disconnect for flow control unit **102**. Providing a disconnect on each flow control unit allows a unit to be powered down for service, without interrupting power to other units. Further, the disconnects need only be rated for the amount of power required to drive a single flow control unit. In this embodiment, the disconnect is a simple single-pole-double-through switch.

Converter **218** is also mounted to plenum **204**. Converter **218** receives a first voltage (e.g., 110 VAC) from switch box **216**, and converts the voltage to a lower voltage (e.g., 24 VAC) suitable for use by electro-mechanical controller **214** and/or automatic valve **222**. In this particular embodiment, converter **214** is a transformer with a 110V primary winding and a 24V secondary winding.

One of the principal advantages of flow control unit **102** is that it can be assembled as a unit prior to shipping and installation. Therefore, flow control unit **102** can be pretested and/or precertified prior to installation. Note that while individual components may have been pretested in the prior art, there has been no way to pretest or precertify how the assembly of components will function together. Certain parameters (e.g., turbulence, leakage, etc.) cannot be adequately tested until

the unit is assembled. Further those parameters of the assembled unit may affect the calibration and/or operation of the entire system.

FIG. **3** is an in-line view of flow straightener **208**. Flow straightener **208** includes a plurality of hexagonal passages **302**. This honey-comb design of flow straightener **208** has proven effective in reducing turbulence at sensor **210**.

FIG. **4** is an in-line view of sensor **210**. As shown in FIG. **4**, sensor **210** is supported in the center of a portion of duct **402** by a plurality of sensing rods **404**. Sensing rods **404** also include brass field pressure measuring taps **406** for providing a pressure signal indicative of the air flow rate through duct **402**, and terminate at a center averaging chamber **408**. The particular type of sensor, and the operation thereof is not considered germane to the present invention, and is not, therefore, described in detail herein.

FIG. **5** is an in-line view of thermal coil **202**. As shown in FIG. **5**, thermal coil **202** includes a plurality of thermally conductive heat fins **502** in contact with fluid tube coils **504**. Heat from a cooling fluid circulated through fluid tube coils **504** is transferred via fins **502** to air flowing through fins **502**. Thermal coil **202** is partially encased in a housing **506**, which forms attachment flanges **228** on both sides of thermal coil **202**. Attachment flanges **228** provide a means for mounting thermal coil **202** to plenum **204** (FIG. **2**) and the supply duct of an HVAC system (not shown).

It should be noted that thermal coil **202** can also be used to cool air passing therethrough, by circulating a coolant through tube coils **504**. It should also be noted that thermal coil **202** can be an electrical coil instead of a fluid coil.

FIG. **6** is a perspective view of protection bracket **226**. As shown in FIG. **6**, bracket **226** includes a base portion **602** and a pair of risers **604**. Base portion **602** defines an aperture **606** to facilitate the passage of an automatic valve stem. Bracket **226** is easily manufactured from a single piece of material by forming two bends to define base **602** and risers **604**, and punching aperture **606** in base **602**.

Bracket **226** is installed on top of a valve, with the stem of the valve passing up through opening **606**. Then, when the automatic valve controller is fixed to the stem, the valve controller is disposed between risers **604**, which provide protection against accidental damage during transportation and installation.

In the prior art, it was not necessary to provide such protection because the automatic valves were not installed until the thermal coil was installed at the construction site. Thus, there was no risk of damage during transportation and installation of the thermal coil. Further, thermal coils are typically installed in overhead locations, where they are not particularly vulnerable to incidental damage. However, the inventors have found that when the automatic valves are mounted to the thermal coils prior to transportation and installation, the automatic valves are frequently damaged. Bracket **226** has proved an inexpensive and effective means for preventing such damage.

The description of particular embodiments of the present invention is now complete. Many of the described features may be substituted, altered or omitted without departing from the scope of the invention. For example, alternate flow controllers may be substituted for the particular model of flow controller **212** disclosed. Similarly, alternate flow sensors (e.g., differential pressure sensors) may be substituted for the particular sensor disclosed. As another example, the usefulness of the flow control units of the present invention is not limited to maintaining a desired pressure in a room. Rather, the flow control units can be used anywhere it is desirable to control flow rates (e.g., diverting heating/cooling from unoc-

7

cupied areas). These and other deviations from the particular embodiments shown will be apparent to those skilled in the art, particularly in view of the foregoing disclosure. Indeed, unless explicitly stated, no single component is considered to be an essential element of the invention.

We claim:

1. A ventilation flow control unit comprising:

a plenum;

a flow controller mounted to said plenum;

an isolation valve fixed to said plenum to selectively block the flow of air between said plenum and said flow controller; and

a flow sensor mounted to said plenum; and

wherein said plenum, said flow controller, said isolation valve, and said flow sensor are preassembled to form said ventilation flow control unit, thereby enabling said ventilation flow control unit to be installed in an HVAC system as a single unit.

2. A ventilation flow control unit according to claim 1, wherein said sensor is mounted in a duct section fixed between said plenum and said flow controller.

3. A ventilation flow control unit according to claim 1, wherein the leakage of said isolation valve is no more than one percent.

4. A ventilation flow control unit according to claim 1, wherein said isolation valve comprises a damper.

5. A ventilation flow control unit according to claim 4, wherein said damper is a fixed blade damper.

6. A ventilation flow control unit according to claim 1, wherein said plenum, said flow controller, and said isolation valve are arranged in a straight-through configuration such that air can flow generally straight through said ventilation flow control unit.

7. A ventilation flow control unit according to claim 1, further comprising a flow straightener mounted to said plenum adjacent said flow sensor, said flow straightener reducing the turbulence of air flowing past said flow sensor.

8. A ventilation flow control unit comprising:

a plenum;

a flow controller mounted to said plenum;

a flow sensor mounted to said plenum;

a thermal coil fixed to said plenum, for affecting the temperature of air passing through said ventilation flow control unit; and

an automatic valve connected with at least one fluid line of said thermal coil; and

wherein said plenum, said flow controller, said flow sensor, said thermal coil, and said automatic valve are preassembled to form said ventilation flow control unit, thereby enabling said ventilation flow control unit to be installed in an HVAC system as a single unit.

9. A ventilation flow control unit according to claim 8, wherein said thermal coil is mounted to an open end of said plenum opposite said flow controller.

10. A ventilation flow control unit according to claim 8, wherein at least one fluid line of said thermal coil is mounted to said plenum.

11. A ventilation flow control unit according to claim 8, further comprising a protection bracket mounted to protect said automatic valve from damage during transportation and installation of said ventilation flow control unit.

12. A ventilation flow control unit according to claim 11, wherein said protection bracket includes:

a base defining an opening to facilitate the passage of a valve stem;

a first riser extending from a first edge of said base; and

8

a second riser extending from a second edge of said base opposite said first edge.

13. A ventilation flow control unit according to claim 8, wherein said plenum is insulated.

14. A ventilation flow control unit according to claim 8, wherein said plenum, said flow controller, and said thermal coil are arranged in a straight-through configuration such that air can flow generally straight through said venilation flow control unit.

15. A venilation flow control unit according to claim 8, further comprising a flow straightener mounted to said plenum adjacent said flow sensor, said flow straightener reducing the turbulence of air flowing past said flow sensor.

16. A ventilation flow control unit comprising:

a plenum;

a flow controller mounted to said plenum;

a thermal coil with at least one automatic fluid valve;

a flow sensor mounted to said plenum;

an electrical disconnect; and

a voltage converter electrically coupled to receive electrical power from said disconnect, for converting a first voltage received from said disconnect to a second lower voltage and providing said lower voltage to said automatic fluid valve; and

wherein said plenum, said flow controller, said thermal coil, said flow sensor, said electrical disconnect, and said voltage controller are preassemble to form said ventilation flow control unit, thereby enabling said ventilation flow control unit to be installed in an HVAC system as a single unit.

17. A ventilation flow control unit according to claim 16, wherein said electrical disconnect is mounted on said plenum.

18. A ventilation flow control unit according to claim 16, wherein said converter provides low voltage to said flow controller.

19. A ventilation flow control unit according to claim 18, wherein said plenum, said flow controller, and said thermal coil are arranged in a straight-through configuration such that air can flow generally straight through said ventilation flow control unit.

20. A ventilation flow control unit according to claim 16, further comprising a flow straightener mounted to said plenum adjacent said flow sensor, said flow straightener reducing the turbulence of air flowing past said flow sensor.

21. A method of installing a ventilation flow control unit, comprising:

preassembling said flow control unit by mounting a flow controller to a duct, mounting a flow sensor to said duct, and mounting a thermal coil to said duct including securing at least one fluid line of said thermal coil to said duct and mounting an automatic valve in said fluid line; and

installing said preassembled flow control unit in an HVAC system.

22. A method of installing a ventilation flow control unit according to claim 21, wherein said step of preassembling said flow control unit further includes mounting an isolation valve to said duct to selectively block the flow of air between said duct and said flow controller.

23. A method of installing a ventilation flow control unit according to claim 21, wherein said step of mounting an automatic valve in said fluid line includes mounting a protective bracket around said automatic valve.

24. A method of installing a ventilation flow control unit according to claim 21, wherein said step of preassembling said flow control unit further includes mounting a flow straigtener to duct adjacent flow sensor.

US 7,478,761 B2

9

10

**25**. A method of installing a ventilation flow control unit, comprising:

preassembling said flow control unit by mounting a flow controller to a duct, mounting a flow sensor to said duct, mounting a flow straightener to said duct adjacent said flow sensor, and mounting an electrical disconnect to said duct; and

installing said preassembled flow control unit in an HVAC system.

**26**. A method of installing a ventilation flow control unit according to claim **25**, wherein said step of preassembling said flow control unit further includes mounting an electrical converter to said duct for converting a voltage from said electrical disconnect to a second lower voltage.

**27**. A method of installing a ventilation flow control unit comprising:

preassembling said flow control unit by mounting a flow controller to a duct, mounting a flow sensor to said duct, mounting a thermal coil to said duct, and mounting an isolation valve to said duct, said isolation valve selectively blocking the flow of air between said duct and said flow controller; and

installing said preassembled flow control unit in an HVAC system.

**28**. A method of installing a ventilation flow control unit according to claim **27**, wherein said step of preassembling said flow control unit includes mounting an electrical disconnect to said duct.

**29**. A method of installing a ventilation flow control unit according to claim **5**, wherein said step of preassembling said flow control unit includes mounting an electrical converter to said duct.

**30**. A method of installing a ventilation flow control unit according to claim **29**, wherein said step of preassembling said flow control unit includes electrically coupling said flow controller to said electrical converter.

**31**. A method of installing a ventilation flow control unit according to claim **29**, wherein said step of preassembling said flow control unit includes:

mounting an automatic valve to a fluid line of said thermal coil to control the flow of fluid through said fluid coil; and

electrically coupling said automatic valve to said electrical converter.

**32**. A method of installing a ventilation flow control unit according to claim **31**, wherein said step of preassembling said flow control unit includes electrically coupling said flow controller to said electrical converter.

**33**. A method of installing a ventilation flow control unit according to claim **27**, wherein said step of preassembling said flow control unit further includes mounting a flow straightener to said duct adjacent said flow sensor.

**34**. A ventilation flow control system comprising:

a first flow control unit for controlling the flow of air into a room, said first flow control unit including a duct, a flow controller mounted to said duct, and a sensor mounted to said duct;

a second flow control unit for controlling the flow of air out of said room, said second flow control unit including a duct, a flow controller mounted to said duct, and a sensor mounted to said duct; and

a control unit for receiving feedback signals from said sensors and providing control signals to said flow controllers; and wherein at least one of said first and second flow control units includes an isolation valve.

**35**. A ventilation flow control system according to claim **34**, wherein said first flow control unit further includes a thermal coil mounted to said duct of said first flow control unit.

**36**. A ventilation flow control system according to claim **34**, wherein both of said first and second flow control units include an isolation valve.

**37**. A ventilation flow control system according to claim **34**, wherein at least one of said first and second flow control units include an electrical disconnect.

**38**. A ventilation flow control system according to claim **37**, wherein said at least one of said first and second flow control units further includes an electrical converter for converting a voltage from said electrical disconnect to a lower voltage.

**39**. A ventilation flow control system according to claim **34**, further comprising a third flow control unit for controlling the flow of air out of said room, said third flow control unit including a duct, a flow controller mounted to said duct, and a sensor mounted to said duct.

**40**. A ventilation flow control system according to claim **39**, wherein said control unit receives feedback signals from and provides control signals to said third flow control unit.

**41**. A ventilation flow control system according to claim **40**, wherein:

said first flow control unit is mounted in an air supply duct;

said second flow controller is mounted in air return duct; and

said third flow control unit is mounted in an exhaust duct.

**42**. A method of installing a ventilation flow control unit comprising:

preassembling said flow control unit by mounting a flow controller to a duct, mounting a flow sensor to said duct, and mounting an isolation valve to said duct to selectively block the flow of air between said duct and said flow controller; and

installing said preassembled flow control unit in an HVAC system.

**43**. A method of installing a ventilation flow control unit according to claim **42**, wherein said step of preassembling said flow control unit further includes mounting a flow straightener to said duct adjacent to said flow sensor.

**44**. A ventilation flow control unit comprising:

a plenum;

a flow controller mounted to said plenum;

a flow sensor mounted to said plenum;

a flow straightener mounted to said plenum adjacent said flow sensor, said flow straightener reducing the turbulence of air flowing past said flow sensor; and

an electrical disconnect; and

wherein said plenum, said flow controller, said flow sensor, said flow straightener, and said electrical disconnect are preassembled to form said ventilation flow control unit, thereby enabling said ventilation flow control unit to be installed in an HVAC system as a single unit.

**45**. A ventilation flow control system comprising:

a first flow control unit mounted in an air supply duct for controlling the flow of air into a room, said first flow control unit including a duct, a flow controller mounted to said duct, and a sensor mounted to said duct;

a second flow control unit mounted in an air return duct for controlling the flow of air out of said room, said second flow control unit including a duct, a flow controller mounted to said duct, and a sensor mounted to said duct; and

a third flow control unit mounted in an exhaust duct for controlling the flow of air out of said room, said third

US 7,478,761 B2

11

flow control unit including a duct, a flow controller mounted to said duct, and a sensor mounted to said duct, and

a control unit for receiving feedback signals from said sensors and providing control signals to said flow controllers.

46. A ventilation flow control system according to claim 45, wherein said first flow control unit further includes a thermal coil mounted to said duct of said first flow control unit.

47. A ventilation flow control system according to claim 45, wherein at least one of said flow control units includes an isolation valve.

12

48. A ventilation flow control system according to claim 47, wherein at least two of said flow control units include an isolation valve.

49. A ventilation flow control system according to claim 48, wherein all three of said control units include an isolation valve.

50. A ventilation flow control system according to claim 45, wherein at least one of said flow control units includes an electrical disconnect.

51. A ventilation flow control system according to claim 50, wherein said at least one of said flow control units further includes an electrical converter for converting a voltage from said electrical disconnect to a lower voltage.

*  *  *  *  *

# EXHIBIT 2

US007444731B2

(12) **United States Patent**     (10) **Patent No.:**    **US 7,444,731 B2**

Karamanos            (45) **Date of Patent:**    *Nov. 4, 2008

(54) **METHOD FOR TRANSPORTING A PIPING STRUCTURE**

(76) Inventor: **John C. Karamanos**, 1931 Patio Dr., San Jose, CA (US) 95125

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/567,301**

(22) Filed: **Dec. 6, 2006**

(65) **Prior Publication Data**

US 2007/0108352 A1     May 17, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 10/857,211, filed on May 28, 2004, now Pat. No. 7,165,797, which is a continuation-in-part of application No. 10/667,117, filed on Sep. 17, 2003, now Pat. No. 6,951,324.

(51) **Int. Cl.**
*B23Q 3/00*     (2006.01)
*A45F 5/00*     (2006.01)

(52) **U.S. Cl.** ........................................ **29/467**; 294/142

(58) **Field of Classification Search** .................. 29/467, 29/468, 428; 248/68.1; 294/142
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,429,776 A | 9/1922 | Robinson | |
| 1,793,053 A | 2/1931 | Chambers | |
| 2,233,273 A | 2/1941 | Di Vincenzo | |
| 2,534,690 A | 12/1950 | Young, Jr. et al. | |
| 2,999,605 A | 9/1961 | De Jarnett | |
| 3,216,025 A | 11/1965 | Roll | |
| 3,706,125 A | 12/1972 | Hopkins | |

| | | | |
|---|---|---|---|
| 3,778,537 A | 12/1973 | Miller | |
| 4,099,630 A | 7/1978 | Beck | |
| 4,123,012 A | 10/1978 | Hough | |
| 4,140,227 A | 2/1979 | Beck | |
| 4,163,372 A | 8/1979 | Frye et al. | |
| 4,193,563 A | 3/1980 | Vitale | |
| 4,244,542 A | 1/1981 | Matthews | |
| 4,261,529 A | 4/1981 | Sandberg et al. | |
| 4,541,602 A | 9/1985 | Potzas | |

(Continued)

FOREIGN PATENT DOCUMENTS

JP      62-008033     1/1987

(Continued)

*Primary Examiner*—John C Hong
(74) *Attorney, Agent, or Firm*—Townsend and Townsend and Crew LLP

(57) **ABSTRACT**

The invention is a method of transporting a pipe mounted within a plurality of brackets, each bracket having a body, an arm coupled to the body, a support guide located within the arm and configured to provide support to the pipe, a base coupled to the body and configured to attach a platform, the base further configured to provide support to the body, a spacer coupled to the body and configured to maneuver the bracket, wherein each bracket is configured to maintain support for the pipe while the bracket is maneuvered by the spacer. The method comprises the following. Position the plurality of brackets with the spacer proximate to the transporting surface. Set the spacer of each of the plurality of brackets on the transporting surface.

**20 Claims, 6 Drawing Sheets**



**US 7,444,731 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,550,891 | A | 11/1985 | Schaty |
| 4,779,815 | A | 10/1988 | Moore et al. |
| 4,842,227 | A | 6/1989 | Harrington et al. |
| 4,971,139 | A | 11/1990 | Khattar |
| 5,016,843 | A | 5/1991 | Ward |
| 5,050,824 | A | 9/1991 | Hubbard |
| 5,417,243 | A | 5/1995 | Ragona |
| 5,458,241 | A | 10/1995 | Brown |
| 5,526,931 | A | 6/1996 | White |
| 5,551,630 | A | 9/1996 | Enoki et al. |
| 5,771,954 | A | 6/1998 | Benner et al. |
| 5,850,037 | A | 12/1998 | Mullins |
| 5,860,627 | A | 1/1999 | Edwards |
| 5,986,562 | A | 11/1999 | Nikolich |
| 6,135,381 | A | 10/2000 | Teson |
| 6,142,405 | A | 11/2000 | Black |
| 6,170,784 | B1 | 1/2001 | MacDonald et al. |
| 6,536,516 | B2 | 3/2003 | Davies |

| | | | |
|---|---|---|---|
| 6,578,319 | B1 | 6/2003 | Cole et al. |
| D490,690 | S | 6/2004 | Brass et al. |
| 6,951,324 | B2 | 10/2005 | Karamanos |
| 7,140,236 | B2 | 11/2006 | Karamanos |
| 7,165,797 | B2 | 1/2007 | Karamanos |
| 7,387,013 | B2 | 6/2008 | Karamanos |
| 2002/0080032 | A1 | 6/2002 | Smith et al. |
| 2002/0088273 | A1 | 7/2002 | Harness et al. |
| 2003/0050871 | A1 | 3/2003 | Broughton |
| 2003/0085022 | A1 | 5/2003 | Viso |
| 2003/0085023 | A1 | 5/2003 | Viso |
| 2003/0171092 | A1 | 9/2003 | Karamanos |
| 2003/0222185 | A1 | 12/2003 | Rubenstein et al. |
| 2004/0159110 | A1 | 8/2004 | Janssen |
| 2005/0039470 | A1 | 2/2005 | Laing et al. |
| 2006/0249589 | A1 | 11/2006 | Karamanos |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 02-035326 | 2/1990 |



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



500

Position the plurality of brackets with the spacer proximate to a transporting surface.

510

Set the spacer of each of the plurality of brackets on the transporting surface.

520

Transport the pipe mounted within a plurality of brackets on the transporting surface.

**FIG. 5**



FIG. 6

US 7,444,731 B2

**1**

## METHOD FOR TRANSPORTING A PIPING STRUCTURE

### CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation application of U.S. patent application Ser. No. 10/857,211, filed May 28, 2004, which is a continuation-in-part of U.S. patent application Ser. No. 10/667,117, filed Sep. 17, 2003 (U.S. Pat. No. 6,951, 324), the entire disclosures of which are incorporated herein by reference for all purposes.

### FIELD OF INVENTION

The invention relates generally to the field of hanger brackets and specifically to the shipping of heating, ventilation and air-conditioning (HVAC) piping structures.

### BACKGROUND OF THE INVENTION

Heating, cooling, ventilating and air-conditioning systems (HVAC systems) in residential, commercial, education and research buildings are usually comprised of metallic pipes, hollow composite materials such as tubes, and the like. The systems are typically supported from and between floor or ceiling joists. The HVAC system typically includes a primary or main duct. A series of smaller branch or fluid-distributing ducts extending from the main duct are mounted between adjoining floor or ceiling joists. Such main and branch duct members are normally supported by metal hangers which are placed between the joists. Often pipe and conduit lines for transporting liquid or gas comprise the branch ducts and are suspended from ceiling joists or off the wall, typically with unistrut, all-thread rod, couplings, and various hanger brackets.

Piping and conduits that supply gas and/or liquids within buildings require careful preparation. Builders, or contractors, typically use ladders or scaffolding to reach areas where piping is routed and the installation may be cumbersome. Occasionally the pipe or conduits are prepared on the ground and installed by ladder as more complete assemblies. Ground preparation of pipe and conduit assemblies yields a more unwieldy structure, but ground preparation is often more practical.

After installation, a pressure check of the piping and conduit system often reveals leaks that are time-consuming and expensive to track down. The leaks must be found and repaired with the piping already having been installed.

What is needed is a system and method for reducing the likelihood of leaks, increasing the reliability of ground-assembled systems, and reducing the cost of conduit and pipe installation.

### BRIEF SUMMARY OF THE INVENTION

The invention is a method of transporting a pipe mounted within a plurality of brackets, each bracket having a body, an arm coupled to the body, a support guide located within the arm and configured to provide support to the pipe, a base coupled to the body and configured to attach to a platform, the base further configured to provide support to the body, a spacer coupled to the body and configured to protect the pipe, wherein each bracket is configured to maintain support for the pipe while the bracket is maneuvered by the handle. The method comprises the following. Position the plurality of

**2**

brackets with the handle proximate to a transporting surface. Set the handle of each of the plurality of brackets on the transporting surface.

One advantage of the invention is that the assembled base and pipe may be classified as a capital piece of equipment and depreciated accordingly. In the prior art, the structure could not be treated as such because the bulk of the cost is in assembly, whereas in the invention the assembly cost is built in to the cost of the product.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram illustrating one embodiment of a bracket for pipe or conduit with a built-in handle.

FIG. **2** is a diagram of another embodiment of a bracket and shipping support for pipe or conduit with a built-in handle.

FIG. **3** is a diagram illustrating two mounting brackets from FIG. **2** supporting two pipes and attached to a duct.

FIG. **4** is a diagram illustrating two brackets supporting a pipe assembly ready for transport.

FIG. **5** is a flow diagram illustrating a method of transporting a pipe mounted within a plurality of brackets.

FIG. **6** is a flow diagram illustrating a method of transporting a pipe mounted within a plurality of brackets.

### DETAILED DESCRIPTION OF THE INVENTION

The following description of the invention is not intended to limit the scope of the invention to these embodiments, but rather to enable any person skilled in the art to make and use the invention.

FIG. **1** is a diagram illustrating a bracket for mounting and transporting pipe or conduit with a built-in handle. Bracket **100** includes body **110**, arms **120** with support guides **130**. Support guides **130** may secure pipes or conduits, and may include a grommet (not shown) to assist in securing the pipe. A pipe may be inserted into support guides **130** through either support guide opening **160**, on the side of support guide **130**, or directly through the larger opening of support guide **130**. A retaining clip or U-clip, may be used to secure a pipe within support guide **130**. The support guides support pipes by providing, either in combination with a grommet or without a grommet, friction along the pipe and maintaining alignment of the pipe at approximately 90 degrees to the plane of the bracket. One or more brackets may be used, in conjunction, to support one or more pipes. The brackets may also support, for example, electrical conduits, process pipe, fire sprinklers, cables, sheet metal duct work, and flex duct.

Spacer **140** connects to bracket **100** and enables bracket **100** and a completed bracket/pipe assembly (see FIG. **3**) to be easily stored and transported. In one embodiment, spacer **140** is a handle that may be shaped and sized to best accommodate a human hand, a forklift, or any other lifting device. As a handle, spacer **140** may be lined with a gripping surface (not shown), for example neoprene and plastic, or be an upturned portion of the body. Although the following FIGURES illustrate the handle as a hold in the body, one of ordinary skill will recognize that a handle may be attached with, for example, screws, rivets, welding and bolts. Additionally, spacer **140** may be solid and not a handle at all, or may have some other shape.

Base **150** connects to body **110** and allows for bracket **100** to be mounted to a surface, for example a duct (see FIG. **3**). Bracket **100** may be mounted in any secure manner, for example welded, screwed, and bolted.

In one embodiment, the bracket is made from 14-gauge steel, it is 8 inches wide and 8 inches high, with the base

US 7,444,731 B2

3

protruding by 1 inch. The bracket may be constructed from any appropriate material. A pipe may be inserted into support guides **130** through either support guide opening **160**, on the side of support guide **130**, or directly through the larger opening of support guide **130**. A retaining clip may be used to secure a pipe within support guide **130**. The brackets in the following FIGURES may have similar dimensions and be made out of the same variety of materials, or they may have dimensions appropriate to their use. Holes may be circular, octagonal, square, and any other appropriate shape.

One skilled in the art will recognize that the following FIGURES may not be drawn to scale with respect to the support guide openings, and that a conduit or pipe may be inserted into the bracket using multiple methods.

FIG. **2** is a diagram illustrating another embodiment of a bracket for mounting and transporting pipe or conduit with a built-in handle. Bracket **200** includes body **210**, arms **220** with support guides **230**. Support guides **230** may secure pipes or conduits, and may include a grommet (not shown) to assist in securing the pipe. Spacer **240** connects to bracket **200** and enables bracket **200** and a completed bracket/pipe assembly (see FIG. **1B**) to be easily maneuvered and transported. Spacer **240** may be a handle that is shaped and sized to best accommodate a human hand, a forklift, or any other lifting device. Spacer **240** as a handle may be lined with a gripping surface (not shown), for example neoprene or plastic. Base **250** connects to body **210** and allows for bracket **200** to be mounted to a surface, for example a duct (see FIG. **3**). Bracket **200** may be mounted in any secure manner, for example welded, screwed, and bolted. Additionally, spacer **140** may be solid and not a handle at all, or may have some other shape.

FIG. **3** is a diagram illustrating two brackets from FIG. **1** supporting two pipes and attached to a duct. Assembly **170** includes brackets **175** mounted on duct **180**. Brackets **175** may be brackets from FIG. **1** or **2**, for example. Brackets **175** are supporting pipes **185**. Pipes **185** may be, for example, conduits for gas or liquid, and have coil **190**, pressure/temperature ports **192**, and automatic temperature control valve **195**, for example. Assembly **170** may be completed after mounting brackets **175** on duct **180** or prior to mounting. One problem with completing assembly **170** on the ground, for example, prior to mounting, is that assembly **170** may be manipulated by pipes **185**, coil **190**, pressure/temperature ports **192**, and/or automatic temperature control valve **195** during mounting, resulting in damage to the seals between the components as well as damage to the components themselves. The damage may not be noticed until a pressure test of the entire system, after which locating a leak or malfunctioning parts may be time-consuming and costly. The invention solves this problem by providing a handle for manipulation that will preserve the relationship between the attached components (for example pipes **185**, coil **190**, pressure/temperature ports **192**, automatic temperature control valve **195**, strainer (not shown), circuit balancing valve (not shown), and ball valve (not shown) and provide support for assembly **170** so that completion may occur prior to mounting with a higher reliability for the integrity of the system. The handle will also help to eliminate damage to the parts themselves.

The pipes, valves, levers and coils, for example, in assembly **170** may be assembled within brackets **175** while the assembler is on the ground. One secured and supported within brackets **175**, then handles **190** may be used to maneuver assembly **170** into position for mounting on duct **180**. The coils, pipes, levers and valves of the assembly maintain their positional relationship better because they are not being handled and the assembly is not being manipulated by them.

4

FIG. **4** is a diagram illustrating two brackets supporting a pipe assembly ready for transport. Pipe assemblies **400** may include one or more pipes and associated hardware, such as valves, levers, strainers, etc. In FIG. **4**, pipe assemblies **400** include 2 pipes and hardware, supported by brackets **410**. Brackets **410** are illustrated in FIG. **2**.

Brackets **410** provide a frame within which to secure pipe assemblies **400**. After securing pipe assemblies **400**, brackets **410** may be placed on their bases or upside down (as illustrated in FIG. **4**), on their spacers. Positioned on their bases or spacers provides protection to pipe assemblies **400** and the hardware thereon. Also illustrated in FIG. **4** is duct **420**, which may be transported with pipe assemblies **400**. Brackets **410** are secured to duct **420** with L-brackets **430**. Brackets **410** are positioned with the spacer providing support when including duct **420**.

Brackets **410**, pipes assemblies **400** and duct **420** may be loaded in shipping crates, individual boxes, on a flatbed truck, or any other appropriate transporting surface. Advantages of using brackets **410** for transporting include a decreased likelihood of damaging pipe assemblies **400**, increased integrity in the alignment of pipe assemblies **400** to duct **420**, and a convenient framework for packaging. Although FIG. **4** includes an illustration of duct **420**, and therefore may not be transported on the base of brackets **410** (because the base is attached to L-brackets **430**), if pipe assemblies **400** are not attached to duct **420** then they may be transported on the base of brackets **410**.

The brackets as part of an overall assembled and tested conduit structure lower cost by providing an integral shipping support and contribute to the capital valve of the equipment. As capital equipment, an entire conduit and bracket assembly is deductible as a whole, with the labor included as part of the overall cost and therefore depreciable for financial purposes. This further increased the utility and value of the invention.

FIG. **5** is a flow diagram illustrating a method of transporting a pipe mounted within a plurality of brackets, each bracket having a body, an arm coupled to the body, a support guide located within the arm and configured to provide support to the pipe, a base coupled to the body and configured to attach to a platform, the base further configured to provide support to the body, a spacer coupled to the body and configured to maneuver the bracket, wherein each bracket is configured to maintain support for the pipe while the bracket is maneuvered by the spacer. In block **500**, position the plurality of brackets with the spacer proximate to a transporting surface. In block **510**, set the spacer of each of the plurality of brackets on the transporting surface. In block **520**, transport the pipe mounted within a plurality of brackets on the transporting surface.

FIG. **6** is a flow diagram illustrating a method of transporting a pipe mounted within a plurality of brackets, each bracket having a body, an arm coupled to the body, a support guide located within the arm and configured to provide support to the pipe, a base coupled to the body and configured to attach to a platform, the base further configured to provide support to the body, a spacer coupled to the body and configured to maneuver the bracket, wherein each bracket is configured to maintain support for the pipe while the bracket is maneuvered by the spacer. In block **600**, position the plurality of brackets with the base proximate to a transporting surface. In block **610**, set the base of each of the plurality of brackets on the transporting surface. In block **620**, transport the pipe mounted within a plurality of brackets on the transporting surface.

One skilled in the art will recognize from the previous description and from the figures and claims that modifications

US 7,444,731 B2

5

and changes can be made to the invention without departing from the scope of the invention defined in the following claims.

What is claimed is:

**1**. A method of transporting an HVAC pipe assembly, comprising:

sec-ring the HVAC pipe assembly to a bracket;

mounting the bracket to an HVAC duct;

positioning the bracket proximate to a transporting surface;

loading the bracket to the transporting surface;

transporting the HVAC pipe assembly by transporting the transporting surface;

maintaining alignment of the HVAC pipe assembly to the HVAC duct with the bracket while trans porting the HVAC pipe assembly.

**2**. The method according to claim **1**, wherein the HVAC pipe assembly comprises a member selected from the group consisting of a liquid conduit, a gas conduit, a coil, a pressure/temperature port, and an automatic control valve.

**3**. The method according to claim **1**, wherein the HVAC duct comprises a member selected from the group consisting of a main duct, a primary duct, a branch duct, a pipe line, and a conduit line.

**4**. The method according to claim **1**, wherein the bracket comprises a handle.

**5**. The method according to claim **1**, wherein the bracket comprises a spacer.

**6**. The method according to claim **1**, comprising securing the HVAC pipe assembly to the bracket with a grommet.

**7**. The method according to claim **1**, comprising inserting the HVAC pipe assembly through a support guide of the bracket.

**8**. The method according to claim **1**, wherein the transporting surface comprises a member selected from the group consisting of a human hand, a forklift, a lifting device, a shipping crate, a box, and a flatbed truck.

**9**. A method of supporting an HVAC pipe assembly, comprising:

securing the HVAC pipe assembly to a bracket;

mounting the bracket to an HVAC duct;

positioning the bracket proximate to a transporting surface;

loading the bracket to the transporting surface;

maintaining alignment of the HVAC pipe assembly to the HVAC duct by supporting the HVAC pipe assembly with the bracket.

6

**10**. The method according to claim **9**, comprising maintaining alignment of the HVAC pipe assembly to the HVAC duct with the bracket while transporting the HVAC pipe assembly.

**11**. The method according to claim **9**, wherein the HVAC pipe assembly comprises a member selected from the group consisting of a liquid conduit, a coil, a pressure/temperature port, and an automatic control valve.

**12**. The method according to claim **9**, wherein the HVAC duct comprises a member selected from the group consisting of a main duct, a primary duct, a branch duct, a pipe line, and a conduit line.

**13**. The method according to claim **9**, wherein the bracket comprises a handle.

**14**. The method according to claim **9**, wherein the bracket comprises a spacer.

**15**. The method according to claim **9**, comprising securing the HVAC pipe assembly to the bracket with a grommet.

**16**. The method according to claim **9**, comprising inserting the HVAC pipe assembly through a support guide of the bracket.

**17**. The method according to claim **9**, wherein the trans porting surface comprises a member selected from the group consisting of a human hand, a forklift, a lifting device, a shipping crate, a box, and a flatbed truck.

**18**. A method of transporting an HVAC pipe assembly, comprising:

securing the HVAC pipe assembly to a bracket, the HVAC pipe assembly comprising a pipe and a coil;

positioning the bracket proximate to a transporting surface;

loading the bracket to the transporting surface;

transporting the HVAC pipe assembly by transporting the transporting surface;

maintaining alignment of the HVAC pipe assembly pipe and the HVAC pipe assembly coil while transporting the HVAC pipe assembly.

**19**. The method according to claim **18**, wherein the transporting surface comprises a member selected from the group consisting of a human hand, a forklift, a lifting device, a shipping crate, a box, and a flatbed truck.

**20**. The method according to claim **18**, comprising mounting the bracket on an HVAC duct.

\*   \*   \*   \*   \*