ROBERT P. ANDRIS (SBN: 130290)
MICHAEL D. KANACH (SBN: 271215)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant,
SOUTHLAND INDUSTRIES,
(erroneously sued as SOUTHLAND INDUSTRIES, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HVAC TECHNOLOGY LLC<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>SOUTHLAND INDUSTRIES<br><br>　　　　Defendant and Counterclaimant. | CASE NO. 5:15-cv-02934-PSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SOUTHLAND INDUSTRIES' REQUEST REGARDING ELECTRONIC PRESENTATION AND EQUIPMENT FOR CLAIM CONSTRUCTION HEARING**<br><br>[PURSUANT TO GENERAL ORDER NO. 58]<br><br>Date:　April 8, 2016<br>Time:　10:00 a.m.<br>Dept:　Court Rm. 5 - 4th Flr.<br>Judge:　Magistrate Judge<br>　　　　Hon. Paul Singh Grewal |

**[PROPOSED] ORDER**

Pursuant to General Order No. 58, paragraph E.1, Defendant and Counterclaimant SOUTHLAND INDUSTRIES, erroneously sued as Southland Industries, Inc. ("Southland" or "Defendant"), hereby requests that they may utilize all available courtroom technology for their claim construction hearing presentation and bring into the Federal Courthouse in San Jose, California, located at 280 South 1st Street, San Jose, California, and set up in the courtroom of the Honorable Magistrate Judge, Paul Singh Grewal, certain equipment and materials for the purpose of presenting its arguments.

The equipment and materials may include laptop computers, personal electronic devices, tablet computers, external flash drives and hard drives, projector and related audio-video equipment, assorted power cords, cables, connectors, and adaptors. Court Staff, including Court Security on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate, the foregoing activity.

IT IS SO ORDERED.

Dated: 4/8/2016

United States District Court Magistrate Judge
HONORABLE PAUL S. GREWAL

-1-
[PROPOSED] ORDER RE SOUTHLAND'S AUDIO/VISUAL EQUIPMENT     Case No. 5:15-cv-02934-PSG