UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HVAC TECHNOLOGY LLC,<br>          Plaintiff,<br>     v.<br>SOUTHLAND INDUSTRIES,<br>          Defendant. | | Case No. 5:15-cv-02934-PSG<br><br>**CLAIM CONSTRUCTION ORDER** |

Plaintiff HVAC Technology LLC claims that Defendant Southland Industries infringes U.S. Patents Nos. 7,444,731 and 7,478,761. Consistent with Pat. L.R. 4-3(c), the parties seek construction of terms and phrases in claims in the patents-in-suit.[1] The parties appeared for a claim construction hearing earlier today.[2] To avoid unnecessary delay, the court issues its constructions without its full reasoning and analysis:

| PATENT NOS. | CLAIM TERM/PHRASE | CONSTRUCTION |
|---|---|---|
| '731 | "bracket" | "a structure having a body, an arm coupled to the body, a support guide located within the arm and configured to provide support to a pipe, a base coupled to the body and configured to attach to a platform, the base further configured to provide support to the body" |
| '761 | "protection bracket" | plain and ordinary meaning |
| '731, '761 | "mounting (in/to) / mounted (in/to/on)" | plain and ordinary meaning |

---

[1] *See* Docket No. 27.

[2] *See* Docket No. 37.

Case No. 5:15-cv-02934-PSG
CLAIM CONSTRUCTION ORDER

1

| PATENT NOS. | CLAIM TERM/PHRASE | CONSTRUCTION |
|---|---|---|
| '731 | "loading . . . to" | "physically attaching . . . to, setting . . . in or on, or engaging . . . to or with" |
| '761 | "ventilation flow control unit" | plain and ordinary meaning |
| '731 | "HVAC pipe assembly" | plain and ordinary meaning |
| '761 | "preassembled / preassembling" | plain and ordinary meaning |
| '731 | "positioning / positioning . . . proximate to" | plain and ordinary meaning |
| '731 | "transporting surface" | plain and ordinary meaning |
| '761 | "riser" | plain and ordinary meaning |

The parties should rest assured that the court arrived at these constructions with a full appreciation of not only the relevant intrinsic evidence, but also the Federal Circuit's teaching in *Phillips v. AWH Corp.*[3] and its progeny. So that the parties may pursue whatever recourse they believe is necessary, a complete opinion will issue before entry of any judgment.

**SO ORDERED.**

Dated: April 8, 2016

PAUL S. GREWAL
United States Magistrate Judge

---

[3] 415 F.3d 1303, 1312-15 (Fed. Cir. 2005).