UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HVAC TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHLAND INDUSTRIES,<br><br>    Defendant. | Case No. 15-cv-02934-KAW<br><br>**ORDER REGARDING HVAC TECHNOLOGY LLC'S FIRST MOTION FOR SUMMARY JUDGMENT OF LITERAL INFRINGEMENT OF CLAIM 8 OF U.S. PATENT NO. 7,478,761**<br><br>Re: Dkt. No. 52 |

On July 25, 2016, HVAC Technology LLC re-filed its "First Motion for Summary Judgment of Literal Infringement of Claim 8 of U.S. Patent No. 7,478,761" and noticed the motion for hearing on September 1, 2016. As discussed during the case management conference held on July 5, 2016, Southland Industries intends to file its own motion for summary judgment. Accordingly, the September 1, 2016 hearing is vacated, and the parties shall meet and confer regarding hearing dates so that all motions for summary judgment are heard on the same day. The parties are reminded that the last day for hearing dispositive motions is November 17, 2016.

IT IS SO ORDERED.

Dated: 07/29/16

_____

KANDIS A. WESTMORE
United States Magistrate Judge