United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HVAC TECHNOLOGY LLC,<br>　　　　Plaintiff,<br>　　v.<br>SOUTHLAND INDUSTRIES,<br>　　　　Defendant. | Case No.  15-cv-02934-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 79 |

On October 27, 2016, Plaintiff HVAC Technology LLC filed an administrative motion to file under seal. (Dkt. No. 79.) Plaintiff sought to file under seal exhibits that were identified by Defendant Southland Industries as confidential. (*Id.* at 2.) Per Local Rule 79-5(e), when "the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party . . . (1) [w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

As of November 10, 2016, Defendant has not filed the required declaration. Accordingly, Defendant is ordered, on or before **November 14, 2016**, to: (1) file the required declaration establishing that the designated material is sealable, and (2) respond to this order to show cause by explaining why it did not file a timely declaration. Failure to complete both tasks by November 14, 2016 will result in this Court denying Plaintiff's motion to file under seal.

IT IS SO ORDERED.

Dated: November 10, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge