Mark D. Marrello (CA State Bar No. 273569)
Mark@ImperiumPW.com
T. Lester Wallace (CA State Bar No. 159967)
Lester@ImperiumPW.com
IMPERIUM PATENT WORKS LLP
315 Ray Street
Pleasanton, California 94566
Telephone:  (925) 331-8099
Facsimile:   (925) 835-5804

*Attorneys for Plaintiff*
**HVAC Technology LLC**

ROBERT P. ANDRIS  (SBN: 130290)
*randris@gordonrees.com*
MICHAEL D. KANACH  (SBN: 271215)
*mkanach@gordonrees.com*
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
**SOUTHLAND INDUSTRIES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| HVAC TECHNOLOGY LLC<br><br>       Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>SOUTHLAND INDUSTRIES<br><br>       Defendant and Counterclaimant. | CASE NO.  4:15-cv-02934-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS  PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: June 24, 2015<br><br>Counterclaim Filed:  August 13, 2015 |

-1-

Plaintiff HVAC Technology LLC ("HVAC Tech.") and Defendant Southland Industries ("Southland") by and through their undersigned counsel of record, HEREBY STIPULATE AND AGREE as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case against Southland shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case against HVAC Tech. shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

The parties consent to Magistrate Judge Laurel Beeler retaining jurisdiction to enforce the terms of the settlement agreement;

IT IS SO STIPULATED.

Dated: January 31, 2017   IMPERIUM PATENT WORKS LLP

By: /s/ Mark D. Marrello
Mark D. Marrello (SBN: 273569)
T. Lester Wallace (SBN: 159967)
Attorneys for Plaintiff
HVAC TECHNOLOGY LLC

Dated: January 31, 2017   GORDON & REES LLP

By: /s/ Robert P. Andris
Robert P. Andris (SBN: 130290)
Michael D. Kanach (SBN: 271215)
Attorneys for Defendant
SOUTHLAND INDUSTRIES, INC.

**FILER'S ATTESTATION**

I, Robert P. Andris, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO RULE 41(a)(1)(A)(ii)**. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for the Plaintiff concurs in this filing.

By: */s/ Robert P. Andris*
Robert P. Andris

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor, **IT IS SO ORDERED.**

Dated: 2/2/17

_____
United States District Court Magistrate Judge
HONORABLE KANDIS A. WESTMORE

-4-

STIPULATION OF DISMISSAL AND
PROPOSED ORDER

Case No. 4:15-cv-02934-KAW